# SWORN AFFIDAVIT

I, Bethany P. Pridgen, MFS, being duly sworn and cautioned hereby state under oath and declare under penalty of perjury as follows:

1. My Name is Bethany P. Pridgen. I am over 18 years of age and am competent to testify and have personal knowledge of the facts set forth in this Affidavit.
2. The cannabis testing industry is not regulated at all State and local levels to the extent necessary to ensure consistent results across varying laboratories.
3. A retailer or consumer relies on the product packaging and results of testing from manufacturing and/or 3rd party testing laboratories to determine the legality of the products they purchase for resale.
4. Retailers must rely upon the manufacturers' and wholesale suppliers' product information.
5. Many forensic (i.e., crime) laboratories have stopped performing testing on cannabis and/or cannabis products due to the inability to perform reliable testing to distinguish between hemp and marijuana and/or other cannabinoids.
6. Many forensic laboratories are not performing the same type of testing or level of valid testing that manufacturers and 3rd party cannabis testing laboratories are performing.
7. One cannot rely upon the forensic laboratory results over the private industry results without thoroughly examining the methods of testing used, the parameters of those testing methods, and the method validations relied upon to utilize the methods of testing for all laboratories involved in testing the same lot of cannabis and/or cannabis products.
8. Many forensic laboratories are fraught with inadequate testing procedures for cannabis.





9. Many forensic laboratories are not conducting method validations to ensure adequate separation of the more than 100 cannabinoids and cannabinoid isomers that can be found in the cannabis plant.
10. Many forensic laboratories are not conducting adequate method validations to ensure that minor cannabinoids are not contributing to the overall concentration of cannabidiol (CBD), tetrahydrocannabinol (THC), such as, delta-8-tetrahydrocannabinol (Δ-8-THC), delta-9-tetrahydrocannabinol (Δ-9-THC), and delta-10-tetrahydrocannabinol (Δ-10-THC), and other cannabinoids, etc.
11. Many forensic laboratories are not conducting adequate method validations of known mixtures of cannabinoids to ensure proper separation and lack of conversion of cannabinoids to other cannabinoids.
12. Many forensic laboratories are not conducting adequate method validations of known concentration mixtures of cannabinoids to ensure accurate concentrations and lack of conversion of cannabinoids to other cannabinoids in a sample mixture.
13. Many forensic laboratories are using the gas chromatography-mass spectrometry method (GC-MS) method which is known to cause conversions of some cannabinoids into THC under certain temperature conditions.
14. If called to testify as a witness, I could provide information about the adequacy of the testing procedures used on cannabis and/or cannabis products.
15. If called to testify as a witness, I could provide information about the conversion of cannabinoids to other cannabinoids (and specifically to Δ-9-THC), in both the sample preparation method and/or the analytical testing methods used by the laboratory(ies).
16. If called to testify as a witness, I could provide information from personal encounters in laboratories I have assessed about how the average person would not know and/or understand the complexity of the testing process when even so-called "experts" in testing laboratories do not understand what they are doing in terms of cannabis testing.

FURTHER AFFIANT SAYETH NAUGHT.

Bethany P. Pridgen, MFS

State of North Carolina

} ss:

County of New Hanover }

Sworn to before me and subscribed in my presence this 15 day of June, 2023.




Notary Public
My comm expires: 10/16/2027