**Greene County Agencies for Combined Enforcement**
**(A.C.E. Task Force)**
## Search Warrant
**Property Inventory Form**

State of Ohio vs.
(1) _____4443 West Franklin Street_____   No. _TF5_____

### Receipt/Inventory

| Item# | Quantity and description of property taken and room where found: |
|---|---|
| C-1 | Bundle + US Currency (unknown amount) / in a bag   Howard |
| C-2 | 9 pictures + edibles / in bag or box   Howard |
| A-1 | box contains THC products / sale cabinet End |
| A-2 | box contains THC product. (2 boxes) / sales cabinet End |
| A-3 | box containing THC products / sales cabinet End |
| A-4 | loose US Currency (unknown amount) / cash register Howard |
| A-5 | 2 ledger books / on desk   Howard |
| A-6 | 6 ledger books / in desk   Howard |
| A-7 | box containing THC products / sales shelf  Lane |

EXHIBIT
2